AOS

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

**COREY GERWASKI** — Plaintiff

vs

**STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEYM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS** — Defendant

CASE NO: 2:24-cv-00985
HEARING DATE/TIME:
DEPT NO:

## AFFIDAVIT OF SERVICE

CHELBI RAE VERNON being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, AMENDED COMPLAINT, on the 21st day of August, 2024 and served the same on the 28th day of August, 2024, at 19:26 by:

serving the servee KEITH WHITFIELD personally delivering and leaving a copy with ERICA, CO-OCCUPANT Co-occupant, a person of suitable age and discretion residing at the defendant's usual place of abode located at (address) 6850 HIDDEN SUNSET LANE, LAS VEGAS NV 89120

CONFIRMED SUBJECT IS OCCUPANT BUT NOT CURRENTLY HOME. AFRICAN AMERICAN FEMALE, SHORT HAIR, 50S, 5'9. GERMAN SHEPARD PRESENT. RED TRUCK, WHITE SUV INFINITY.

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __28__ day of __Aug__, __2024__.

**CHELBI RAE VERNON**
R-2019-11579

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP291501

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box