**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

Corey Gerwaski

Plaintiff

Case No.: 2:24-cv-00985-APG-MDC

vs.

State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and First Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/03/2024 at 12:56 PM, I served AJP Educational Foundation, Inc. with the Summons and First Amended Complaint at 6404 Seven Corners Place, Suite N, Falls Church, Virginia 22044 by leaving the documents with Mohamad Habehh, Staff Member.

Mohamad Habehh is described herein as:

Gender: Male   Race/Skin: White   Age: 30   Weight: 210   Height: 5'7"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

09/09/2024
Executed On

Abel Emiru

Client Ref Number: N/A
Job #: 2008817

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT

For the
DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually, AJP EDUCATIONAL FOUNDATION INC., A California Non-Profit Corporation, STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION DOES I-XX and ROE entities I-XX.<br><br>        Defendants. | Civil Action No.: 2:24-cv-00985 |

**SUMMONS IN A CIVIL ACTION**

**TO: AJP EDUCATIONAL FOUNDATION INC.**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| **CHATTAH LAW GROUP**<br>**5875 S. RAINBOW BLVD. #205**<br>**LAS VEGAS, NV 89118**<br>**TEL: (702) 360-6200**<br>**FAX: (702) 643-6292**<br>CHATTAHLAW@GMAIL.COM | **JOEY GILBERT LAW**<br>**405 MARSH AVE**<br>**RENO, NV 89501**<br>**TEL: (775) 284-7700**<br>**FAX: (775) 284-3809**<br>JOEY@JOEYGILBERTLAW.COM |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must filed your answer or motion with the Court.

Date: 5/28/2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*