## AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-00985 | Court:<br>United States District Court | County:<br>District of Nevada | Job:<br>11707017 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>COREY GERWASKI | | **Defendant / Respondent:**<br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually, AJP EDUCATIONAL FOUNDATION INC., A California Non-Profit Corporation, STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION DOES I-XX and ROE entities I-XX | |
| **Received by:**<br>Battle Born Process Service, License #1876 | | **For:**<br>CHATTAH LAW GROUP | |
| **To be served upon:**<br>UNLV, Nevada System of Higher Education C/O Attorney General Office | | | |

I, Erik Kelliher, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   CAITLIN PAGNI, LEGAL RESEARCHER
c/o Nevada Attorney General Office : 100 NORTH CARSON STREET, CARSON CITY, NV 89701

**Manner of Service:**   Authorized, Aug 29, 2024, 12:30 pm PDT

**Documents:**   Summons, First Amended Complaint

**Additional Comments:**
Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

*Erik Kelliher* (signature)          8/31/2024

Erik Kelliher                              Date
R-2024-10753

Battle Born Process Service, License #1876
3710 Grant Drive Suite L
Reno, NV 89509
(775) 507-7188