Margaret A. McLetchie (NV Bar No. 10931)
Email: maggie@nvlitigation.com; efile@nvlitigation.com
Leo S. Wolpert (NV Bar No. 12658)
Email: leo@nvlitigation.com
McLetchie Law
602 S. 10th St.
Las Vegas, NV 89101
Telephone: 702-728-5300
*Local Counsel for Defendant AJP Educational Foundation, Inc.*

Christina A. Jump (LR IA 11-2 petition forthcoming)
Email: cjump@clcma.org
Samira S. Elhosary (LR IA 11-2 petition forthcoming)
Email: selhosary@clcma.org
Constitutional Law Center for Muslims in America*
100 N. Central Expy, STE 1010
Richardson, Texas 75080
Telephone: 972-915-2507
*Attorneys for Defendant AJP Educational Foundation, Inc.*

*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORY GERWASKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00985-APG-MDC<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") hereby files this Unopposed Motion to Extend the deadline for it to file a responsive pleading in this matter by two weeks, up to and including October 8, 2024. The present deadline for Defendant AMP to file a responsive pleading is September 24, 2024. This is Defendant AMP's first request to extend its time to file responsive a pleading. Defendant AMP submits that good cause exists to grant this unopposed request. Defendant AMP makes this request in accordance with LR IA 6-1 and 6-2 of the Local Rules of this Court.

1. Plaintiff filed the instant case on May 26, 2024. ECF No. 1. Plaintiff filed his First Amended Complaint on August 9, 2024. ECF No. 6.

2. Plaintiff served Defendant AMP with the Summons and First Amended Complaint on September 3, 2024. ECF No. 10.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant AMP's responsive pleading is due September 24, 2024.

4. Ms. Christina Jump has represented AMP in separate federal civil litigation for seven years and is based in Texas. Ms. Jump began searching in earnest for local counsel to support this litigation pursuant to LR IA 11-2.

5. Ms. Jump and co-counsel Ms. Samira Elhosary will comply with LR IA 11-2 within 14 days of this Motion.

6. Ms. Jump contacted Plaintiff's counsel via email requesting consent for a two-week extension to Defendant AMP's deadline to respond.

7. Plaintiff's counsel agreed to this extension. Exhibit A at 1.

8. Defendant seeks this extension in part because it only recently secured local counsel for this matter, in accordance with this Court's Local Rules.

9. The First Amended Complaint in this matter constitutes 393 paragraphs. Therefore, Defendant requires additional time to prepare its response after retaining local counsel.

10. This request is submitted in good faith and not for purposes of delay.

Accordingly, Defendant AMP respectfully requests this Court extend the time for it to file a responsive pleading by fourteen days.

Respectfully submitted,

Dated: September 24, 2024

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie (NV Bar No. 10931)
Email: maggie@nvlitigation.com; efile@nvlitigation.com
Leo S. Wolpert (NV Bar No. 12658)
Email: leo@nvlitigation.com
McLetchie Law
602 S. 10th St.
Las Vegas, NV 89101
Telephone: 702-728-5300
*Local Counsel for Defendant AJP Educational Foundation, Inc.*

Christina A. Jump (LR IA 11-2 petition forthcoming)
Samira Elhosary (LR IA 11-2 petition forthcoming)
Constitutional Law Center for Muslims in America*
100 N. Central Expy, Suite 1010
Richardson, Texas 75080
Telephone: 972-915-2507

*Counsel for Defendant AJP Educational Foundation, Inc.*

*\*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America.*

2

**ORDER**

Defendant AMP shall have up to and including October 8, 2024, to file a responsive pleading in this matter.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 09-30-24

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Leo S. Wolpert*
Employee of McLetchie Law