SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Ave.
Reno, Nevada 89509
Tel: (775) 284-7000
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
Co-Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEYM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually, AJP EDUCATIONAL FOUNDATION INC., A California Non-Profit Corporation, STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION DOES I-XX and ROE entities I-XX.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00985 - APG-MDC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

-1-

IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ, Counsel for Plaintiff COREY GERWASKI, and CHRISTINA A. JUMP, ESQ. Counsel for Defendant AJP EDUCATIONAL FOUNDATION, INC. the following:

1. That the date for responding to Defendant's Motion to Dismiss shall be extended by two weeks to November 5, 2024.
2. That Defendant's deadline to file the Reply to Plaintiff's Response to Motion to Dismiss shall be extended by three weeks to December 3, 2024.

Dated this 11th day of October, 2024.

*/s/ Christina A. Jump*
Christina A. Jump (admitted pro hac vice)
cjump@clcma.org
Samira Elhosary (admitted pro hac vice)
selhosary@clcma.org
Constitutional Law Center for Muslims in America*
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507
*Counsel for Defendant AJP Educational Foundation, Inc.*

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

Margaret A. McLetchie (NV Bar No. 10931)
maggie@nvlitigation.com
Leo S. Wolpert (NV Bar No. 12658)
leo@nvlitigation.com
McLetchie Law
602 S. 10th St.
Las Vegas, NV 89101
(702) 728-5300
*Local Counsel for Defendant AJP Educational Foundation, Inc.*

*/s/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
5875 South Rainbow Blvd. #205
Las Vegas, NV 89118
(702) 360-6200
Counsel for Plaintiff
*Corey Gerwaski*

## ORDER

IT IS THEREFORE ORDERED that the Parties Stipulations as entered above and the briefing schedule shall proceed accordingly.

Dated this  15th  day of October, 2024.

                                   IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE