**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>　　　　Defendants. | Case No. 2:24-cv-00985- APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO DISMISS [ECF 37]** |

　　　　IT IS HEREBY STIPULATED between Plaintiff COREY GERWASKI, and Defendant AJP EDUCATIONAL FOUNDATION, INC., by and through their respective counsel, regarding Defendant AJP EDUCATIONAL FOUNDATION, INC.'s SPECIAL MOTION TO DISMISS PURSUANT TO NRS NEV. REV. STAT §41.660 [ECF 37]

　　　　1.　　On or about November 18, 2024, Defendants AJP EDUCATIONAL FOUNDATION INC., filed their Motion to Dismiss under Nevada's anti-SLAPP statute.

　　　　2.　　Plaintiff was served with said Motion on the same day with a Response to same due on December 2, 2024.

1

3. Counsel for Plaintiff was unavailable to commence response to this Motion the week it was filed as a result of completing depositions throughout the week in Northern Nevada.

4. Thereafter, the Thanksgiving Holiday and Counsel's scheduled oral arguments in the Ninth Circuit Court of Appeals[1] thereafter provides good cause for extending the briefing period herein.

5. Defendants' Counsel has graciously extended the briefing period for 30-day as a professional courtesy and this stipulation follows with the briefing schedule to be modified as to allow Plaintiff's Response to Defendant AJP Educational Foundation to be due January 2, 2025.

6. As this case remains in its early stages, this short extension will not create undue delay or burden any parties or the Court.

7. The additional time requested herein is not sought for the purposes of delay, but merely to allow Plaintiff's Counsel adequate time to respond to the subject Motion, taking into account the exercise of due diligence.

8. The Parties confirm that this stipulated first extension is not dilatory in nature.

Dated this 25th day of November, 2024.

*/s/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
5875 South Rainbow Blvd. #205
Las Vegas, NV 89118
(702) 360-6200
Counsel for Plaintiff
*Corey Gerwaski*

---

[1] Plaintiff's Counsel is scheduled for oral argument in San Francisco on December 3, 2024 in *Doe v. Washoe County School District*, et al. 24-945 – 033.

2

*/s/ Christina Jump*
Christina A. Jump (admitted pro hac vice)
cjump@clcma.org
Samira Elhosary (admitted pro hac vice)
selhosary@clcma.org
Constitutional Law Center for Muslims in America*
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507
*Counsel for Defendant AJP Educational Foundation, Inc.*

*/s Margaret A. McLetchie*
Margaret A. McLetchie (NV Bar No. 10931)
maggie@nvlitigation.com
Leo S. Wolpert (NV Bar No. 12658)
leo@nvlitigation.com
McLetchie Law
602 S. 10th St.
Las Vegas, NV 89101
(702) 728-5300
*Local Counsel for Defendant AJP Educational Foundation, Inc.*

**ORDER**

IT IS THEREFORE ORDERED that Plaintiff COREY GERWASKI shall have up and until January 2, 2025, to file a Response to Defendant's special motion to dismiss pursuant to NRS 41.660. [ECF 37]

**IT IS SO ORDERED.**

_____
 ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 26, 2024

4