Elda M. Sidhu (NV Bar No. 7799)
General Counsel
Email: elda.sidhu@unlv.edu
Andrew D. Smith (NV Bar No. 8890)
Email: andrew.d.smith@unlv.edu
**UNIVERSITY OF NEVADA, LAS VEGAS**
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants UNLV and Whitfield*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>              Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>              Defendants. | Case No.:  2:24-cv-00985-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO DEFENDANT UNLV'S MOTION TO DISMISS [ECF 35]** |

IT IS HEREBY STIPULATED between Plaintiff Corey Gerwaski and Defendant, the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("UNLV") by and through their respective counsel, regarding Defendant UNLV's Motion to Dismiss [ECF 35]:

1. On November 12, 2024, Defendant UNLV filed its Motion to Dismiss Plaintiff's complaint.

2. Plaintiff was served with said motion on the same day. Plaintiff's opposition was due on November 26, 2024.

3. Plaintiff filed his Opposition [ECF 38] on November 25, 2024. Pursuant to LR 7-2(b), the any reply brief would then be due on December 2, 2024.

4. The Thanksgiving holiday and counsel's previously scheduled leave both overlap with the time allowed to prepare and file a reply brief. This constitutes good cause to extend the briefing deadline.

5. Counsel for the Plaintiff and for Defendant UNLV have agreed to extend the deadline for UNLV's reply brief by 14 days. This stipulation permits the briefing schedule to be modified, making Defendant's reply brief due December 16, 2024.

6. As this case remains in its early stages, this short extension will not create undue delay or burden any parties or the Court.

7. The additional time requested herein is not sought for the purposes of delay, but merely to allow Defendant UNLV's counsel adequate time to prepare a reply brief, taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. The Parties confirm that this stipulated first extension is not dilatory in nature.

DATED: November 27, 2024

/s/ Sigal Chattah
_____
Sigal Chattah, Esq. (NV Bar No. 8264)
CHATTAH LAW GROUP
5875 S. Rainbow Blvd., #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
-and-
Joseph S. Gilbert, Esq. (NV Bar No. 9033)
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 284-7700
Fax: (775) 284-3809
*Attorneys for Plaintiff Corey Gerwaski*

DATED: November 27, 2024

/s/ Andrew D. Smith
_____
Elda M. Sidhu (NV Bar No. 7799)
Andrew D. Smith (NV Bar No. 8890)
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway
Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for UNLV and Keith Whitfield*

## ORDER

**IT IS THEREFORE ORDERED** that Defendant UNLV shall have up and until December 16, 2024 to file a Reply to Defendant UNLV's Motion to Dismiss [ECF 35].

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 3, 2024

3