AOS

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | |
|---|---|
| COREY GERWASKI **Plaintiff** | CASE NO: 2:24-CV-00985 |
| vs | HEARING DATE/TIME: |
| state of nevada EX REL BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON THE BEHALF OF THE UNIVERSITY OF NEVADA LAS VEGAS, ET AL **Defendant** | DEPT NO: |

## AFFIDAVIT OF SERVICE

RODNEY RICHTER being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, AMENDED COMPLAINT, on the 10th day of February, 2025 and served the same on the 12th day of February, 2025, at 08:17 by:

serving the servee STUDENTS FOR JUSTICE OF PALISTINE -UNLV C/O ALEXA HAYDEN by personally delivering and leaving a copy at (address) 12215 GILLESPIE ST UNIT 19108, HENDERSON NEVADA 89044 with ALEXA HAYDEN as REPRESENTATIVE, an agent lawfully designated by statute to accept service of process;

SERVED ALEXA HAYDEN AT HER FRONT DOOR.

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __12__ day of __Feb__, __2025__.

*(signature)*

**RODNEY RICHTER**
**R-2024-08015**

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP298469

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box