AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-cv-00985

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **National Students for Justice of Palestine**
was recieved by me on   **2/21/2025:**

☐  I personally served the summons on the individual at **1434 Queens Rd, Berkeley, CA 94708** on **02/23/2025 at 11:36 AM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Hatem Bezian** , who is designated by law to accept service of process on behalf of **National Students for Justice of Palestine**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   02/24/2025

*Server's signature*

**Mark Asbury**
*Printed name and title*

**640 Baily Road**
**Bay Point, CA 94565**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Hatem Bezian with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Middle Eastern male contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with an accent, a goatee and a mustache. Served at 1434 Queens Rd, Berkeley, CA 94708 on 02/23/2025 at 11:36 AM.**




Tracking #: **0159721933**