SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>　　　　Defendants. | Case No. 2:24-cv-00985- APG-MDC<br><br>**MOTION TO WITHDRAW AND PROPOSED ORDER** |

**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR**

**PLAINTIFF**

The undersigned counsel hereby moves to Withdraw as Counsel for Plaintiff. This motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Sigal Chattah, Esq., attached hereto, the pleadings and papers on file and any argument adduced at the hearing of this Motion to Withdraw as Counsel for Plaintiff.

-1-

**MEMORANDUM OF POINTS AND AUTHORITIES**

On March 27, 2025, undersigned Counsel received an appointment to serve as Interim United States Attorney by United States Attorney General Pam Bondi and President of the United States Donald J. Trump.

Local Rule IA 11-06 (a) allows for an attorney to withdraw with leave of court after notice of the intent to withdraw is served. Counsel has notified Plaintiff that she is withdrawing from representing her client, Plaintiff, and is seeking withdrawal by motion.

Local Rule IA 11-06 (e) provides that, except for good cause, withdrawal will not be granted if a delay in discovery, the trial or any hearing will result.

Plaintiff' is in agreement that Counsel withdraw from this case. Further, Plaintiff has additional Counsel on this matter, to wit Joey Gilbert, Esq. and will not be affected by this withdrawal. All pending litigation will proceed in ordinary course with Co-Counsel as planned.

Attached is the Declaration of Counsel setting forth that in her belief it is in the best interests of Counsel and Plaintiff that Counsel's motion be granted.

Dated this __31st__ day of March, 2025.

                                    CHATTAH LAW GROUP

                                    */s/ Sigal Chattah* _____
                                    SIGAL CHATTAH, ESQ.
                                    Nevada Bar No. 6264
                                    5875 S. Rainbow Blvd., #204
                                    Las Vegas, NV  89118
                                    T: (702) 360-6200
                                    F: (702) 643-6292
                                    Attorney for Plaintiff

## **ORDER**

IT IS THEREFORE ORDERED that Counsel be allowed to withdraw as Counsel of record, for Plaintiff Corey Gerwaski.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

4-10-25

## **DECLARATION OF SIGAL CHATTAH IN SUPPORT OF MOTION TO WITHDRAW**

1. I, Sigal Chattah, Esq. Counsel for Plaintiff, hereby assert the following in support of the foregoing Motion to Withdraw as Counsel.

2. On March 27, 2025, I was appointed by President Donald J. Trump and United States Attorney General to serve as Interim United States Attorney for the District of Nevada, to report to this position on April 1, 2025.

3. The Department of Justice precludes me from continuing representation of Plaintiff on this matter.

4. There is still Co-Counsel of record on this matter and representation will be continued by same.

5. In view of the foregoing, the Court should allow myself and Chattah Law Group withdraw as counsel of record for Plaintiff.

6. I declare under penalty of perjury under the laws of the State of Nevada (NRS 53.045), that the foregoing is true and correct.

7. Dated this 31st day of March, 2025

*/s/ Sigal Chattah* _____
**SIGAL CHATTAH**
Declarant