1  DAVID Z. CHESNOFF, ESQ.
   *Nevada Bar No. 2292*
2  RICHARD A. SCHONFELD, ESQ.
   Nevada Bar No. 6815
3  ROBERT Z. DEMARCO
   *Nevada Bar No. 12359*
4  CHESNOFF & SCHONFELD
   520 South Fourth Street
5  Las Vegas, Nevada 89101
   Telephone: (702) 384-5563
6  dzchesnoff@cslawoffice.net
7  rschonfeld@cslawoffice.net
8  rdemarco@sclawoffice.net
9  Attorneys for Plaintiff, *COREY GERWASKI*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI, | ) |
| Plaintiff, | ) CASE NO. 2:24-cv-00985 |
| vs. | ) |
| STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA LAS VEGAS; KEITH WHITFIELD individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE IN PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX, DEFENDANT(S), an Individual/LLC/Corp; DOE Nevada corporation; DOE Individuals I–XX; ROE Entities, I–XX, | ) **STIPULATION AND ORDER REGARDING MEET AND CONFER AND REQUEST FOR ATTORNEY'S FEES AND COSTS RELATING TO DR. BAZIAN'S MOTION TO QUASH OR STRIKE** |
| Defendants. | ) |

1

COMES NOW, Plaintiff, Corey Gerwaski ("Mr. Gerwaski"), by and through his undersigned counsel, and Dr. Hatem Bazian, by and through his undersigned counsel, and hereby stipulate and agree as follows:

**WHEREAS**, on April 24, 2025, Magistrate Judge Maximiliano D. Couvillier III, entered an Order (ECF 62) granting Dr. Hatem Bazian's Motion to Quash or Strike Improper Service (ECF 56). The Court ordered in part "Dr. Bazian has until May 1, 2025 to file a motion or stipulation for attorneys' fees pursuant to LR 54-14, after the parties meet and confer."

**WHEREAS**, on April 24, 2025, Plaintiff filed his Motion for Reconsideration regarding the Court's Order (ECF 62) on Dr. Hatem Bazian's Motion to Quash or Strike Improper Service (ECF 56). Plaintiff has also sought leave to file a Response to Dr. Bazian's Motion (the proposed Response was attached as Exhibit 2 to said Motion for Reconsideration).

///

///

2

**WHEREAS**, the parties agree to extend the time to meet and confer and for Dr. Bazian to file a Motion for attorney's fees and costs until after the Court rules on said Motion for Reconsideration, as Plaintiff contends said Motion may render the Court's April 24, 2025 Order moot and as Dr. Bazian contends the continued motion practice will increase the fees and costs he should be awarded.

**IT IS SO STIPULATED.**

Dated: April 25th, 2025.

/s/ Robert Z. DeMarco
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
Attorneys for Plaintiff

Dated: April 25th, 2025.

/s/ Margaret McLetchie
Margaret A. McLetchie (NV Bar No. 10931)
Email: maggie@nvlitigation.com
Leo S. Wolpert (NV Bar No. 12658)
Email: leo@nvlitigation.com
McLetchie Law
Attorneys for Dr. Hatem Bazian

Dated: April 25th, 2025.

/s/ Christina Jump
Christina A. Jump (pro hac vice)
Email: cjump@clcma.org
Samira S. Elhosary (pro hac vice)
Email: selhosary@clcma.org
Constitutional Law Center for Muslims in America
Attorneys for Dr. Hatem Bazian

CASE NO. 2:24-cv-00985

## ORDER

Based on the foregoing stipulation of the parties, and with good cause appearing, **IT IS SO ORDERED**.

**IT IS HEREBY ORDERED** that the previously ordered time to meet and confer and for Dr. Bazian to file a Motion for attorney's fees and costs, shall be extended until after the Court rules on Plaintiff's Motion for Reconsideration, as said Motion may render the Court's April 24, 2025 Order moot.

**IT IS SO ORDERED.**

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

Respectfully Submitted:

By:  /s/ Robert Z. DeMarco
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
Attorneys for Plaintiff

4