UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Corey Gerwaski,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education, et al.,<br><br>                    Defendant(s). | 2:24-cv-00985-APG-MDC<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the *Stipulation for Extension of Time* (ECF No. 64) is DENIED WITHOUT PREJUDICE. Plaintiff's motion for reconsideration (ECF No. 63) appears to be based on an email agreement with Dr Bazian's counsel extending the time for plaintiff to respond to Dr. Bazian's motion to quash (ECF No. 56). It would be helpful to the Court if the parties could please file an amended stipulation that states whether Dr. Bazian intends to oppose plaintiff's motion for reconsideration (ECF No. 63).

DATED this 29th day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge