1  DAVID Z. CHESNOFF, ESQ.
   Nevada Bar No. 2292
2  RICHARD A. SCHONFELD, ESQ.
   Nevada Bar No. 6815
3  ROBERT Z. DEMARCO, ESQ.
   Nevada Bar No. 12359
4  CHESNOFF & SCHONFELD
5  520 South Fourth Street
   Las Vegas, Nevada 89101
6  Tel.: [702] 984-5563
   Fax: [702] 598-1425
7
                        UNITED STATES DISTRICT COURT
8                          DISTRICT OF NEVADA
                                * * * *
9  COREY GERWASKI                        )
                                         )
10            Plaintiff,                  )
                                         )
11 v.                                     )    CASE NO: 2:24-CV-00985
                                         )
12 STATE OF NEVADA, ex.rel.               )
13 BOARD OF REGENTS OF THE                )
   NEVADA SYSTEM OF HIGHER               )
14 EDUCATION, on behalf of the            )
   UNIVERSITY OF NEVADA,                 )
15 LAS VEGAS; KEITH WHITEFIELD,           )
16 individually, APJ EDUCATIONAL          )
   FOUNDATION INC.,A California           )
17 Non-Profit Corporation, STUDENTS       )
   FOR JUSTICE OF PALESTINE-UNLV; )
18 NATIONAL STUDENTS FOR JUSTICE )
19 OF PALESTINE; NEVADANS FOR            )
   PALESTINIAN LIBERATION               )
20 DOES I-XX and ROE entities I-XX        )
                                         )
21            Defendant.                  )
                                         )
22 _____)

23              <u>SUBSTITUTION OF ATTORNEY</u>

24      COREY  GERWASKI, Plantiff hereby substitutes DAVID Z. CHESNOFF, ESQ.,

25 RICHARD A. SCHONFELD, ESQ. and ROBERT Z. DEMARCO, ESQ., of the law office of

26 CHESNOFF & SCHONFELD, 520 South Fourth Street, Las Vegas, Nevada 89101, telephone

1   number [702] 384-5563, as attorneys of record in place and stead of **JOSEPH S. GILBERT, ESQ.**

2       **DATED** this ___ day of April, 2025.

3

4                                                                   **COREY GERWASKI**, Plaintiff

5

6       I agree to the above stated substitution.

7       **DATED** this 10th day of April, 2025.

8

9                                                                   **JOSEPH S. GILBERT, ESQ.**
                                                                    405 Marsh Avenue
                                                                    Reno, Nevada 89509
10                                                                  Tel.: [775]284-7700
11                                                                  Joey@joeygilbertlaw.com

12      I agree to the above stated substitution.

13      **DATED** this 10th day of April, 2025.

14

15

16                                                                  **DAVID Z. CHESNOFF ESQ.**
                                                                    520 South Fourth Street
                                                                    Las Vegas, Nevada 89101
17                                                                  Tel.: [702] 384-5563
                                                                    Fax: [702] 598-1425
18                                                                  Dzchesnoff@cslawoffice.net

19

20      I agree to the above stated substitution.

        **DATED** this 10th day of April, 2025.
21

22

23                                                                  **RICHARD A. SCHONFELD, ESQ.**
24                                                                  520 South Fourth Street
                                                                    Las Vegas, Nevada 89101
25                                                                  Tel.: [702] 384-5563
                                                                    Fax: [702] 598-1425
26                                                                  rschonfeld@cslawoffice.net

1   I agree to the above stated substitution.

2   **DATED** this _10th_ day of April, 2025.

3

4                                                    ROBERT Z. DEMARCO, ESQ.

5                                                    520 South Fourth Street
                                                     Las Vegas, Nevada 89101
6                                                    Tel.: [702] 384-5563
                                                     Fax: [702] 598-1425
7                                                    rdemarco@cslawoffice.net

8

9                              **ORDER**

10  IT IS SO ORDERED.

11

12

13

14                                                   Hon. Maximiliano D. Couvillier III

15                                                   United States Magistrate Judge
                                                     Date: 4/29/2025
16

17

18

19

20

21

22

23

24

25

26