DAVID Z. CHESNOFF, ESQ.
*Nevada Bar No. 2292*
RICHARD A. SCHONFELD, ESQ.
*Nevada Bar No. 6815*
ROBERT Z. DEMARCO
*Nevada Bar No. 12359*
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
rdemarco@sclawoffice.net
Attorneys for Plaintiff, *COREY GERWASKI*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:24-cv-00985 |
| | ) |
| vs. | ) |
| | ) |
| STATE OF NEVADA, ex rel. BOARD | ) |
| OF REGENTS of the NEVADA SYSTEM | ) |
| OF HIGHER EDUCATION, on behalf | ) |
| of the UNIVERSITY OF NEVADA | ) **AMENDED STIPULATION AND ORDER** |
| LAS VEGAS; KEITH WHITFIELD | ) **REGARDING MEET AND CONFER** |
| individually; AJP EDUCATIONAL | ) **AND REQUEST FOR ATTORNEY'S** |
| FOUNDATION INC., a California | ) **FEES AND COSTS RELATING TO** |
| Non-Profit Corporation; STUDENTS FOR | ) **DR. BAZIAN'S MOTION TO QUASH** |
| JUSTICE IN PALESTINE-UNLV; | ) **OR STRIKE** |
| NATIONAL STUDENTS FOR JUSTICE | ) |
| OF PALESTINE; NEVADANS FOR | ) |
| PALESTINIAN LIBERATION; | ) |
| DOES I-XX and ROE entities I-XX, | ) |
| DEFENDANT(S), an Individual/LLC/Corp; | ) |
| DOE Nevada corporation; DOE Individuals | ) |
| I–XX; ROE Entities, I–XX, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

1

COMES NOW, Plaintiff, Corey Gerwaski ("Mr. Gerwaski"), by and through his undersigned counsel, and Dr. Hatem Bazian, by and through his undersigned counsel, and hereby stipulate and agree as follows:

**WHEREAS**, on April 24, 2025, Magistrate Judge Maximiliano D. Couvillier III entered an Order (ECF No. 62) granting Dr. Hatem Bazian's Motion to Quash or Strike Improper Service (ECF No. 56). The Court ordered in part "Dr. Bazian has until May 1, 2025 to file a motion or stipulation for attorneys' fees pursuant to LR 54-14, after the parties meet and confer."

**WHEREAS**, also on April 24, 2025, Plaintiff filed his Motion for Reconsideration regarding the Court's Order (ECF No. 62) on Dr. Hatem Bazian's Motion to Quash or Strike Improper Service (ECF No. 56). Plaintiff has also sought leave to file a Response to Dr. Bazian's Motion (the proposed Response was attached as Exhibit 2 to said Motion for Reconsideration).

**WHEREAS**, this Court issued a Minute Order on April 29, 2025, requesting clarification from the Parties via an Amended Stipulation, as set forth in ECF No. 66.

**WHEREAS**, for reasons Dr. Bazian will set forth in full in his Response in Opposition to Plaintiff's Motion for Reconsideration, Dr. Bazian hereby advises the Court that he <u>does</u> oppose Plaintiff's Motion for Reconsideration.

///

2

**WHEREAS**, the parties agree to extend the time to meet and confer and for Dr. Bazian to file a Motion for attorneys' fees and costs, until after the Court rules on the Reconsideration, as Plaintiff contends said Motion may render the Court's April 24, 2025 Order moot and Dr. Bazian contends the continued motion practice will increase the fees and costs he should receive.

**IT IS SO STIPULATED.**

Dated: April 30, 2025.
/s/ *Robert Z. DeMarco*
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
Attorneys for Plaintiff

Dated: April 30, 2025.

*Ms. McLetchie and Mr. Wolpert are unavailable at filing, due to each one's pre-planned vacation*
Margaret A. McLetchie (NV Bar No. 10931)
Email: maggie@nvlitigation.com
Leo S. Wolpert (NV Bar No. 12658)
Email: leo@nvlitigation.com
McLetchie Law
602 S. 10th St.
Las Vegas, NV 89101
Telephone: 702-728-5300
*Attorneys for Dr. Hatem Bazian*

Dated: April 30, 2025.

_____*Christina A. Jump*_____
Christina A. Jump (pro hac vice)
Email: cjump@clcma.org
Samira S. Elhosary (pro hac vice)
Email: selhosary@clcma.org
Constitutional Law Center for Muslims in America
100 N. Central Expy, Ste. 1010
Richardson, Texas 75080
Telephone: 972-915-2507
*Attorneys for Dr. Hatem Bazian*

3

CASE NO. 2:24-cv-00985

## <u>ORDER</u>

Based on the foregoing stipulation of the parties, and with good cause appearing, **IT IS SO ORDERED**.

**IT IS HEREBY ORDERED** that the previously ordered time to meet and confer and for Dr. Bazian to file a Motion for attorney's fees and costs, shall be extended until after the Court rules on Plaintiff's Motion for Reconsideration, as said Motion may render the Court's April 24, 2025 Order moot.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 5/1/2025

Respectfully Submitted:

By:    /s/ Robert Z. DeMarco
       DAVID Z. CHESNOFF, ESQ.
       Nevada Bar No. 2292
       RICHARD A. SCHONFELD, ESQ.
       Nevada Bar No. 6815
       ROBERT Z. DEMARCO, ESQ.
       Nevada Bar No. 12359
       CHESNOFF & SCHONFELD
       Attorneys for Plaintiff

4