Margaret A. McLetchie (NV Bar No. 10931)
Email: maggie@nvlitigation.com
Leo S. Wolpert (NV Bar No. 12658)
Email: leo@nvlitigation.com
McLetchie Law
602 S. 10th St.
Las Vegas, NV 89101
Telephone: 702-728-5300
*Local Counsel for Defendant AJP Educational Foundation, Inc.*

Christina A. Jump (*admitted pro hac vice*)
Email: cjump@clcma.org
Samira S. Elhosary (*admitted pro hac vice*)
Email: selhosary@clcma.org
Constitutional Law Center for Muslims in America*
100 N. Central Expy, STE 1010
Richardson, Texas 75080
Telephone: 972-915-2507
*Attorneys for Defendant AJP Educational Foundation, Inc.*

*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI, | Case No. 2:24-cv-00985-APG-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; CHRISTOPHER HEAVEY, in his official capacity as current UNLV Interim President; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX, | **(First Request)** |
| Defendants. | |

It is hereby stipulated between undersigned counsel for Plaintiff and counsel for Defendant AJP Educational Foundation, Inc., counsel for Defendant Students for Justice in Palestine – UNLV, and counsel for Defendants Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher Heavey that the date for Defendants' responses to Plaintiff's Second Amended Complaint shall be extended. Plaintiff filed his Second Amended Complaint (ECF No. 79) on **June 3, 2025**. Thus, pursuant to FRCP 15(a)(3), Defendants' responses are currently due on **June 17, 2025**. The parties stipulate to extend this deadline by 38 days, to **July 25, 2025**. This is the first request for an extension of the instant deadline.

Good cause exists to extend this deadline. Defendants AJP Educational Foundation, Inc. and Students for Justice in Palestine – UNLV intend to serve Motions for Sanctions Pursuant to FRCP 11(c) upon Plaintiff, on the grounds that his Second Amended Complaint violates FRCP 11(b). The current deadline would not allow adequate time for Defendants to draft and serve a FRCP 11(c) sanctions motion or allow adequate time for Plaintiff to appropriately correct the Second Amended Complaint and the claims therein—if he so desires—under the safe-harbor provision of FRCP 11(c)(2). Permitting the parties to engage in Rule 11 motion practice before a responsive pleading is filed promotes judicial efficiency, as it could potentially obviate the need for a responsive pleading, and prevents Defendants from expending resources responding to claims that may not pass Rule 11 muster. Plaintiff and his counsel reserve all rights regarding any potential Motion that may be served and/or filed by the Defendants.

Respectfully submitted,

Dated: June 16, 2025

| | |
|---|---|
| /s/ Robert Z. Demarco | /s/ Margaret A. McLetchie |
| David Z. Chesnoff, Esq. | Margaret A. McLetchie (NV Bar No. 10931) |
| Nevada Bar No. 2292 | Email: maggie@nvlitigation.com |
| Richard A. Schonfeld, Esq. | Leo S. Wolpert (NV Bar No. 12658) |
| Nevada Bar No. 6815 | Email: leo@nvlitigation.com |
| Robert Z. Demarco, Esq. | McLetchie Law |
| Nevada Bar No. 12359 | 602 S. 10th St. |
| CHESNOFF & SCHONFELD | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | Telephone: 702-728-5300 |
| | *Local Counsel for Defendant AJP Educational Foundation, Inc.* |

1

| | |
|---|---|
| /s/ Christopher M. Peterson<br>CHRISTOPHER M. PETERSON, ESQ.<br>Nevada Bar No.: 13932<br>JACOB T.S. VALENTINE, ESQ<br>Nevada Bar No.: 16324<br>AMERICAN CIVIL LIBERTIES UNION OF NEVADA<br>4362 W. Cheyenne Ave.<br>North Las Vegas, NV 89032<br>Telephone: (702) 366-1226<br>Facsimile: (702) 366-1331<br>Emails: peterson@aclunv.org jsmith@aclunv.org<br>*Attorneys for Defendant Students for Justice in Palestine - UNLV* | Christina A. Jump (*admitted pro hac vice*)<br>Email: cjump@clcma.org<br>Samira Elhosary (*admitted pro hac vice*)<br>Email: selhosary@clcma.org<br>Constitutional Law Center<br>for Muslims in America*<br>100 N. Central Expy, Suite 1010<br>Richardson, Texas 75080<br>Telephone: 972-915-2507<br><br>*Counsel for Defendant AJP Educational Foundation, Inc.*<br><br>*\*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America* |

/s/ Andrew D. Smith
Elda M. Sidhu (NV Bar No. 7799)
Andrew D. Smith (NV Bar No. 8890)
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
*Attorneys for University of Nevada, Las Vegas*

## ORDER

IT IS THEREFORE ORDERED that the Parties' Stipulation above is granted and Defendants' deadline to file Responses to Plaintiff's Second Amended Complaint shall be extended to July 25, 2025.

Dated this ____ day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

2