DAVID Z. CHESNOFF, ESQ.
*Nevada Bar No. 2292*
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO
*Nevada Bar No. 12359*
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
rdemarco@sclawoffice.net
Attorneys for Plaintiff, *COREY GERWASKI*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

COREY GERWASKI,

        Plaintiff,

vs.

STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA LAS VEGAS; KEITH WHITFIELD individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE IN PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX, DEFENDANT(S), an Individual/LLC/Corp; DOE Nevada corporation; DOE Individuals I-XX; ROE Entities, I-XX,

        Defendants.

CASE NO. 2:24-cv-00985

**OPPOSITION TO MOTION TO DR. HATEM BAZIAN'S MOTION TO QUASH OR STRIKE IMPROPER SERVICE (ECF 56)**

[ORAL ARGUMENT REQUESTED]

- 1 -

COMES NOW, Plaintiff, COREY GERWASKI ("Mr. Gerwaski"), by and through his attorneys of record, DAVID Z. CHESNOFF, ESQ., RICHARD. A. SCHONFELD, ESQ., and ROBERT Z. DEMARCO, ESQ., of CHENSNOFF & SCHONFELD, and files this Opposition to Dr. Hatem Bazian's Motion to Quash or Strike Improper Service [ECF 56].

This Opposition is made and based upon the papers and pleadings on file herein, the attached Memorandum of Points and Authorities, attached Exhibits, attached Declaration, and any oral argument/evidence that may be heard. This Opposition is timely pursuant to an agreement with Counsel.

DATED this 24th day of April 2025.

    Respectfully Submitted:

    CHESNOFF & SCHONFELD

    By: <u>Robert Z. DeMarco</u>
       DAVID Z. CHESNOFF, ESQ.
       Nevada Bar No. 2292
       RICHARD A. SCHONFELD, ESQ.
       Nevada Bar No. 6815
       ROBERT Z. DEMARCO, ESQ.
       Nevada Bar No. 12359
       520 South Fourth Street
       Las Vegas, Nevada 89101
       Phone: (702) 384-5563
       Fax: (702) 598-1425
       Attorneys for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION AND BACKGROUND

Here, this Honorable Court should not quash or strike service on Dr. Hatem Bazian (on behalf of Defendant National Students for Justice in Palestine "NSJP").[1] NSJP is an unincorporated entity with no formal service of process location. NSJP, with other named Defendants, took part in the actions, collaboration and planning of activities that are the subject of this litigation.[2]

NSJP is a foreign unincorporated association that transacts business in Nevada. Established in 2005 by University of California, Berkeley lecturer (and current National Chairman of the AJP Educational Foundation, Inc., a/k/a American Muslims for Palestine ("AMP")) Hatem Bazian, AMP has seven chapters across the country. AMP is a not-for-profit corporation founded in Illinois with national headquarters in Falls Church, Virginia. AJP Educational Foundation, a 501(c)(3) nonprofit, is AMP's fiscal sponsor. "Most of what can be gleaned about AMP's donors derives from its annual fundraising conferences — which often feature family members of senior Hamas leadership as speakers." *See* Exhibit 1, at p. 3 (Dr. Jonathan Schanzer, Senior Vice President for Research Foundation for Defense of Democracies, wrote in From Ivory Towers to Dark Corners: Investigating the Nexus Between Antisemitism, Tax-Exempt Universities, and Terror Financing).

AMP also shares a key figurehead with NSJP, in Bazian, who helped establish the first NSJP chapter at Berkeley.[3] Facilitating campus activism through its proxy NSJP is a key part of AMP's work. NSJP has become a leading grassroots organizer of vehemently anti-Israel and sometimes

---

[1] Dr. Bazian is not currently named as a Defendant in his personal capacity. Plaintiff reserves the right to amend the Complaint to add other Defendants, including, but not limited to, Dr. Bazian.
[2] It should be noted that on October 10, 2024, Plaintiff filed a Motion to Serve by Publication or Alternative Means and Extend Time for Service related to Defendants Students for Justice of Palestine-UNLV; National Students for Justice of Palestine; and Nevadans for Palestine Liberation. See ECF 27. The Motion was granted in part and denied in part. Specifically, Plaintiff's request to serve said Defendants by publication was denied. ECF 47.
[3] *See* Exhibit 2 at p. 10 (Congressional Testimony, Fueling Chaos: Tracing the Flow of Tax-Exempt Dollars to Antisemitism, Oren Segal, Vice President, Center on Extremism, ADL (Anti-Defamation League), Committee on Ways and Means U.S. House of Representatives, July 23, 2024, Washington, D.C.).

violent protests that have swept the country and erupted on college campuses nationwide. NSJP is by design a loosely connected network of autonomous chapters. There is no national headquarters and no named leader. There is a national student steering committee, but it is anonymous. The group has never registered as a nonprofit, and it has never had to file tax documents. Bazian, has described the setup as, "a symbolic franchise without a franchise fee." *See* Exhibit 3, Alan Blinder, *"Inside the Pro-Palestinian Group Protesting Across College Campuses,"* N.Y. Times, Nov. 17, 2023, Section A, Page 13.

Though Bazian now apparently denies his relationship with NSJP, in previous court filings, it was proclaimed, ***"[h]e is also a cofounder of Students for Justice in Palestine."*** *See* Exhibit 4, 2:18-cv-00670-DWL. [Dkt 1] p. 2:17–18 (emphasis added).

Since October 7, 2023, Bazian has appeared at multiple encampments on college campuses in the U.S. and abroad, offering words of encouragement to student activists' disruptive tactics. *See* Exhibit 2 at pp. 10-11.[4]

In a letter dated May 29, 2024, by James Comer, Chairman of the Committee on Oversight and Accountability wrote in part, ***"National SJP founder Dr. Hatem Bazian serves as the Chairman of the National Board of AMP, further solidifying the current relationship between National SJP and AMP.*** AMP has substantial ties to Hamas via its financial sponsor, Americans for Justice in Palestine Educational Foundation, Inc. (AJP), a 501(c)(3) non-profit organization." *See* Exhibit 5, at p. 2 (emphasis added).[5]

In yet another example, Dr. Jonathan Schanzer, Senior Vice President for Research Foundation for Defense of Democracies, wrote in From Ivory Towers to Dark Corners: Investigating the Nexus Between Antisemitism, Tax-Exempt Universities, and Terror Financing,

---

[4] Congressional Testimony, Fueling Chaos: Tracing the Flow of Tax-Exempt Dollars to Antisemitism, Oren Segal, Vice President, Center on Extremism, ADL (Anti-Defamation League), Committee on Ways and Means U.S House of Representatives, July 23, 2024, Washington, D.C.
[5] citing Dan Diker & Jamie Berk, Students for Justice in Palestine Unmasked: Terror links, Violence, Bigotry, and Intimidation on US Campuses, Jerusalem Center for Public Affairs (Jun. 15, 2018); *see also* American Muslims for Palestine, Our Team, available at https://www.ampalestine.org/about-amp/our-team; and The Inst. for the Global Study of Global Antisemitism & Policy, National Students for Justice in Palestine: Antisemitism, Anti-Americanism, Violent Extremism and the Threat to North American Universities, 4 (May 2024).

- 4 -

*"AMP's founder, Hatem Bazian, also founded Students for Justice in Palestine, which is unquestionably one of the most vitriolic anti-Israel voices on campus.* See Exhibit 1 at p. 4 (emphasis added). Bazian has also specifically directed his conduct to the State of Nevada. Specifically, he gave a lecture at UNLV in Spring 2024. *See* Exhibit 6. Accordingly, there can be no reasonable dispute that Dr. Bazian is, at a minimum, an agent of NSJP. Thus, service was proper.

## II. ARGUMENT

### A. SERVICE ON DR. BAZIAN ON BEHALF OF DEFENDANT NATIONAL STUDENTS FOR JUSTICE IN PALESTINE (NSJP) IS VALID AND PROPER

Here, Dr. Bazian alleges that service "is invalid because he has no affiliation with NSJP and no statute of rule designates him to receive service for NSJP." This argument is misplaced and should be rejected. Under Nevada law, such unincorporated associations may be served (1) by personal service "on any officer, trustee, director, staff member, or agent of such association," or if all else fails, (2) by publication. See NRCP 4.2(c)(2); 4.4(1)(b).

Here, this Honorable Court previously denied Plaintiff's prior request to serve NSJP by publication. *See supra.* As such, Plaintiff was permitted to serve any officer, trustee, director, staff member, or agent of NSJP as it is an unincorporated association. Clearly, the attached exhibits support that Dr. Bazian is, at a minimum, an agent of NSJP. As such, it is respectfully submitted that service on Dr. Bazian (on behalf of NSJP) is proper.[6]

---

[6] Dr. Bazian's argument regarding personal jurisdiction is also misplaced. Dr. Bazian was served as the agent of NSJP. There is no dispute that NSJP is subject to jurisdiction in Clark County, Nevada. Moreover, *arguendo* there is specific personal jurisdiction, as Dr. Bazian gave a lecture at UNLV in Spring 2024.

**B. THE COURT SHOULD HOLD AN EVIDENTIARY HEARING IN THE EVENT THE MOTION IS NOT DENIED**

In the event this Honorable Court does not deny said Motion, the Court should hold an evidentiary hearing to further evaluate Dr. Bazian's role, involvement, and authority with NSJP. Dr. Bazian has placed his role, involvement, and authority with NSJP directly at issue.

**III. CONCLUSION**

The Court should deny Dr. Bazian's Motion to quash or strike service (on behalf of Defendant NSJP).

DATED this 24th day of April 2025.

                                                Respectfully Submitted:

                                                CHESNOFF & SCHONFELD

                                                By: <u>Robert Z. DeMarco</u>
                                                    DAVID Z. CHESNOFF, ESQ.
                                                    Nevada Bar No. 2292
                                                    RICHARD A. SCHONFELD, ESQ.
                                                    Nevada Bar No. 6815
                                                    ROBERT Z. DEMARCO, ESQ.
                                                    Nevada Bar No. 12359
                                                    Counsel for Plaintiff, *COREY GERWASKI*

## DECLARATION OF ROBERT Z. DEMARCO, ESQ.

STATE OF NEVADA    )
                   ) ss
COUNTY OF CLARK    )

I, ROBERT Z. DEMARCO, being first duly sworn hereby depose and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth herein. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called upon to do so;

2. I am co-counsel of record for Plaintiff;

3. Attached as Exhibit 1 is a true and correct copy of Dr. Jonathan Schanzer, Senior Vice President for Research Foundation for Defense of Democracies, *From Ivory Towers to Dark Corners: Investigating the Nexus Between Antisemitism, Tax-Exempt Universities, and Terror Financing*;

4. Attached as Exhibit 2 is a true and correct copy of Congressional Testimony, Fueling Chaos: Tracing the Flow of Tax-Exempt Dollars to Antisemitism, Oren Segal, Vice President, Center on Extremism, ADL (Anti-Defamation League), Committee on Ways and Means U.S. House of Representatives, July 23, 2024, Washington, D.C.;

5. Attached as Exhibit 3 is a true and correct copy of Alan Blinder, "Inside the Pro-Palestinian Group Protesting Across College Campuses," N.Y. Times, Nov. 17, 2023;

6. Attached as Exhibit 4 is a true and correct copy of the Complaint in *American Muslims for Palestine; and Dr. Hatem Bazian v. Arizona State University et al.*, 2:18-cv-00670-DWL

7. Attached as Exhibit 5 is a true and correct copy of Letter dated May 29, 2024 by James Comer, Chairman of the Committee on Oversight and Accountability.

8. Attached as Exhibit 6 is a true and correct copy of photos of Dr. Bazian's UNLV lecture in Spring 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of April, 2025.

/s/ Robert Z. DeMarco
ROBERT Z. DEMARCO

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court to be served by the Court's electronic filing system on all counsel of record.

**DATED** this 7th day of July, 2025.

/s/ Robert Z. DeMarco
Employee of Chesnoff & Schonfeld

**INDEX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO MOTION TO DR. HATEM BAZIAN'S MOTION TO QUASH OR STRIKE IMPROPER SERVICE (ECF 56)**

**EXHIBIT 1:** True and correct copy of Dr. Jonathan Schanzer, Senior Vice President for Research Foundation for Defense of Democracies, *From Ivory Towers to Dark Corners: Investigating the Nexus Between Antisemitism, Tax-Exempt Universities, and Terror Financing*;

**EXHIBIT 2:** True and correct copy of Congressional Testimony, Fueling Chaos: Tracing the Flow of Tax-Exempt Dollars to Antisemitism, Oren Segal, Vice President, Center on Extremism, ADL (Anti-Defamation League), Committee on Ways and Means U.S. House of Representatives, July 23, 2024, Washington, D.C.;

**EXHIBIT 3:** True and correct copy of Alan Blinder, "Inside the Pro-Palestinian Group Protesting Across College Campuses," N.Y. Times, Nov. 17, 2023;

**EXHIBIT 4:** True and correct copy of the Complaint in *American Muslims for Palestine; and Dr. Hatem Bazian v. Arizona State University et al.*, 2:18-cv-00670-DWL

**EXHIBIT 5:** True and correct copy of Letter dated May 29, 2024 by James Comer, Chairman of the Committee on Oversight and Accountability.

**EXHIBIT 6:** True and correct copy of photos of Dr. Bazian's UNLV lecture in Spring 2024.