1   DAVID Z. CHESNOFF, ESQ.
    Nevada Bar No. 2292
2   RICHARD A. SCHONFELD, ESQ.
    Nevada Bar No. 6815
3   ROBERT Z. DEMARCO
    Nevada Bar No. 12359
4   CHESNOFF & SCHONFELD
5   520 South Fourth Street
    Las Vegas, Nevada 89101
6   Telephone: (702) 384-5563
    dzchesnoff@cslawoffice.net
7   rschonfeld@cslawoffice.net
8   rdemarco@cslawoffice.net
    Attorneys for Plaintiff, COREY GERWASKI
9

10                  **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12

13  COREY GERWASKI,                    Case No.: 2:24-cv-00985

            Plaintiff,
14
    vs.
15
    STATE OF NEVADA ex rel.            STIPULATION TO EXTEND AJP
16  BOARD OF REGENTS OF THE            EDUCATIONAL FOUNDATION INC.'s
    NEVADA SYSTEM OF HIGHER            AND STUDENTS FOR JUSTICE OF
17  EDUCATION, on behalf of the        PALESTINE-UNLV's DEADLINE TO
    UNIVERSITY OF NEVADA, LAS          FILE RESPONSE TO SECOND
18  VEGAS; CHRISTOPHER HEAVEY,         AMENDED COMPLAINT
    in his official capacity as current
19  UNLV Interim President; AJP        **(SECOND REQUEST)**
20  EDUCATIONAL FOUNDATION
    INC., A California Non-Profit       AND
21  Corporation; STUDENTS FOR
    JUSTICE OF PALESTINE-UNLV;         FOR PLAINTIFF TO ADDRESS
22  NATIONAL STUDENTS FOR              DEFENDANT AJP EDUCATIONAL
    JUSTICE OF PALESTINE; DOES I–      FOUNDATION INC.'S RULE 11 LETTER
23  XX and ROE entities I-XX.
                                       **(FIRST REQUEST)**
24          Defendants.

25          Pursuant to LR IA 6-1, Plaintiff COREY GERWASKI and Defendants AJP

26  EDUCATIONAL FOUNDATION INC. and STUDENTS FOR JUSTICE OF PALESTINE-

27  UNLV, by and through their respective counsel, stipulate as follows:

28
                                      1

**WHEREAS**, on June 3, 2025, Plaintiff filed his Second Amended Complaint (ECF No. 79).

**WHEREAS**, on June 20, 2025, the Court granted a Stipulation to Extend the Deadline for Defendants AJP Educational Foundation, Inc., Students for Justice in Palestine – UNLV, and State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher Heavey in his official capacity as current UNLV Interim President, to file a Responsive Pleading to the Second Amended Complaint to July 25, 2025 (ECF No. 85).

**WHEREAS**, on July 2, 2025, Defendant AJP Educational Foundation, Inc. served its letter of intent to file a Motion for Sanctions under FRCP 11.

**WHEREAS**, the Plaintiff has requested a meeting to discuss possible resolution.

In light of the above:

Plaintiff and Defendants AJP Educational Foundation, Inc., and Students for Justice in Palestine – UNLV hereby stipulate to an extension from July 23, 2025, to July 30, 2025, for Plaintiff to decide whether to withdraw Plaintiff's Second Amended Complaint in response to Defendant AJP Educational Foundation, Inc.'s July 2, 2025, letter of intent to file a Motion for Sanctions under FRCP 11 against Plaintiff.

Plaintiff and Defendants AJP Educational Foundation, Inc., and Students for Justice in Palestine – UNLV also hereby stipulate to extend the deadline for Defendants AJP Educational Foundation, Inc., and Students for Justice in Palestine to respond—via answer or motion to dismiss—to Plaintiff's Second Amended Complaint from July 25, 2025, to August 1, 2025, for Defendants AJP Educational Foundation, Inc., and Students for Justice in Palestine – UNLV.

This is the second request for an extension of the deadline related to the responses to the Second Amended Complaint. This is the first request for an extension related to Defendant AJP Educational Foundation, Inc.'s letter of intent to file a Motion for Sanctions under FRCP 11.

Plaintiff and his counsel reserve all rights regarding responding to Defendant AJP Educational Foundation, Inc.'s letter of intent to file a Motion for Sanctions under FRCP 11.

Good cause exists to extend these deadlines, as the parties to this stipulation are meeting

to discuss possible avenues to resolution, and it could potentially obviate the need for a response

to the operative complaint and avoid unnecessary fees and costs.

Respectfully submitted,

Dated: July 22nd, 2025

/s/ Robert Z. DeMarco                          /s/ Margaret McLetchie
David Z. Chesnoff, Esq.                        Margaret A. McLetchie (NV Bar No. 10931)
Nevada Bar No. 2292                            Email: maggie@nvlitigation.com
Richard A. Schonfeld, Esq.                     Leo S. Wolpert (NV Bar No. 12658)
Nevada Bar No. 6815                            Email: leo@nvlitigation.com
Robert Z. DeMarco, Esq.                        McLetchie Law
Nevada Bar No. 12359                           602 S. 10th St.
CHESNOFF & SCHONFELD                           Las Vegas, NV 89101
Attorneys for Plaintiff                        Telephone: 702-728-5300
                                               Local Counsel for Defendant AJP Educational
                                               Foundation, Inc.

/s/ Christopher Peterson
CHRISTOPHER M. PETERSON, ESQ.                  Christina A. Jump (admitted pro hac vice)
Nevada Bar No.: 13932                          Email: cjump@clcma.org
JACOB SMITH, ESQ                               Samira Elhosary (admitted pro hac vice)
Nevada Bar No.: 16324                          Email: selhosary@clcma.org
AMERICAN CIVIL LIBERTIES UNION OF              Constitutional Law Center
NEVADA                                         for Muslims in America*
4362 W. Cheyenne Ave.                          100 N. Central Expy, Suite 1010
North Las Vegas, NV 89032                      Richardson, Texas 75080
Telephone: (702) 366-1226                      Telephone: 972-915-2507
Facsimile: (702) 366-1331
Emails: peterson@aclunv.org                    Counsel for Defendant AJP Educational
jsmith@aclunv.org                              Foundation, Inc.

Attorneys for Defendant Students for Justice in   *The Constitutional Law Center for Muslims in
Palestine - UNLV                                  America is the legal division of the Muslim
                                                  Legal Fund of America

3

1
2

### ORDER

3        **IT IS THEREFORE ORDERED,** with good cause appearing, that the Parties'

4   Stipulation above is granted and Defendants AJP Educational Foundation, Inc., and Students for

5   Justice in Palestine – UNLV, date for responses to Plaintiff's Second Amended Complaint shall

6   be extended to August 1, 2025. Moreover, Plaintiff's deadline to respond to Defendant AJP

7   Educational Foundation, Inc.'s letter of intent to file a Motion for Sanctions under FRCP 11 shall

8   be extended to July 30, 2025.

9        IT IS SO ORDERED.

10

11   Dated  7-28-25.

12

13                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28