DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
rdemarco@cslawoffice.net
Attorneys for Plaintiff, *COREY GERWASKI*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; CHRISTOPHER HEAVEY, in his official capacity as current UNLV Interim President; AJP EDUCATIONAL FOUNDATION INC., A California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; DOES I-XX and ROE entities I-XX.<br><br>  Defendants. | Case No.: 2:24-cv-00985<br><br>STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING REGARDING DEFENDANTS STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS AND CHRISTOPHER HEAVEY, IN HIS OFFICIAL CAPACITY AS CURRENT UNLV INTERIM PRESIDENT<br><br>(SECOND REQUEST) |

**WHEREAS**, on June 3, 2025, Plaintiff filed his Second Amended Complaint. ECF 79.

**WHEREAS**, on June 20, 2025, the Court granted a Stipulation to Extend the Deadline

for Defendants AJP Educational Foundation, Inc., Students for Justice in Palestine – UNLV, and State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher Heavey in his official capacity as current UNLV Interim President, to file a Responsive Pleading to the Second Amended Complaint to July 25, 2025.  ECF 85.

**WHEREAS**, Plaintiff and Defendants State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("UNLV") and Christopher Heavey in his official capacity as current UNLV Interim President ("Heavey"), have agreed to an extension to August 11, 2025 for said Defendants UNLV and Heavey, to file a responsive pleading to Plaintiff's Second Amended Complaint.

It is hereby stipulated between undersigned counsel for Plaintiff and counsel for UNLV and Heavey, that the date for Defendants' responses to Plaintiff's Second Amended Complaint shall be extended to August 11, 2025.

This is the second request for an extension of the deadline related to the responses to the Second Amended Complaint.

///

///

Good cause exists to extend these deadlines, as the parties are attempting to resolve the issues and the case, and it could potentially obviate the need for a responsive pleading.

Respectfully submitted,

Dated: July 21st, 2025

/s/ Robert Z. DeMarco
David Z. Chesnoff, Esq.
Nevada Bar No. 2292
Richard A. Schonfeld, Esq.
Nevada Bar No. 6815
Robert Z. DeMarco, Esq.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
Attorneys for Plaintiff

Dated: July 21st, 2025

/s/ Andrew Smith
Elda M. Sidhu (NV Bar No. 7799)
Andrew D. Smith (NV Bar No. 8890)
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Attorneys for State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher Heavey in his official capacity as current UNLV Interim President

## ORDER

**IT IS THEREFORE ORDERED,** with good cause appearing, that the Parties' Stipulation above is granted and Defendants State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher Heavey in his official capacity as current UNLV Interim President, date for responses to Plaintiff's Second Amended Complaint shall be extended to August 11, 2025.

IT IS SO ORDERED.

Dated  7-28-25.

_____
UNITED STATES MAGISTRATE JUDGE

4