Elda M. Sidhu (NV Bar No. 7799)
General Counsel
Email: elda.sidhu@unlv.edu
Andrew D. Smith (NV Bar No. 8890)
Email: andrew.d.smith@unlv.edu
**UNIVERSITY OF NEVADA, LAS VEGAS**
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for University of Nevada, Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>        Defendants. | Case No.:  2:24-cv-00985-APG-MDC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS AND CHRISTOPHER HEAVEY, IN HIS OFFICIAL CAPACITY AS CURRENT UNLV INTERIM PRESIDENT, TO FILE RESPONSIVE PLEADING**<br><br>(THIRD REQUEST) |

*/ / /*

*/ / /*

*/ / /*

1    **WHEREAS,** on June 3, 2025, Plaintiff filed his Second Amended Complaint.

2    ECF 79.

3    **WHEREAS**, on June 20, 2025, the Court granted a Stipulation to Extend the

4    Deadline for Defendants AJP Educational Foundation, Inc., Students for Justice in

5    Palestine - UNLV, and State of Nevada ex rel. Board of Regents of the Nevada

6    System of Higher Education on behalf of the University of Nevada, Las Vegas

7    and Christopher Heavey in his official capacity as current UNLV Interim

8    President, to file a Responsive Pleading to the Second Amended Complaint to

9    July 25, 2025.  ECF 85.

10    **WHEREAS**, Plaintiff and Defendants State of Nevada ex rel. Board of

11    Regents of the Nevada System of Higher Education on behalf of the University

12    of Nevada, Las Vegas ("UNLV") and Christopher Heavey in his official capacity

13    as current UNLV Interim President ("Heavey"), agreed to an extension to

14    August 11, 2025 for said Defendants UNLV and Heavey, to file a responsive

15    pleading to Plaintiff's Second Amended Complaint.  ECF 90.

16    It is hereby stipulated between undersigned counsel for Plaintiff and

17    counsel for UNLV and Heavey, that the date for Defendants' responses to

18    Plaintiff's Second Amended Complaint shall be extended to Monday, August 25,

19    2025.

20    This is the third request for an extension of the deadline related to the

21    responses to the Second Amended Complaint.

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28

1  Good cause exists to extend these deadlines, as the parties are attempting

2  to resolve the issues and the case, and it could potentially obviate the need for a

3  responsive pleading.

4  Dated: August 11, 2025.

5  Respectfully submitted,

6  /s/ Andrew D. Smith
   Elda M. Sidhu (NV Bar No. 7799)
7  Andrew D. Smith (NV Bar No. 8890)
   UNIVERSITY OF NEVADA, LAS VEGAS
8  4505 S. Maryland Parkway, Box 451085
   Las Vegas, Nevada  89154-1085
9  *Attorneys for University of Nevada, Las
   Vegas and Christopher Heavey*
10

11  /s/  Robert Z. DeMarco
    David Z. Chesnoff, Esq.
12  Nevada Bar No. 2292
    Richard A. Schonfeld, Esq.
13  Nevada Bar No. 6815
    Robert Z. DeMarco, Esq.
14  Nevada Bar No. 12359
    CHESSNOFF & SCHONFELD
15  *Attorneys for Plaintiff*

16                                    **ORDER**

17      **IT IS THEREFORE ORDERED**, with good cause appearing, that the Parties'

18  Stipulation above is granted and Defendants State of Nevada ex rel. Board of Regents

19  of the Nevada System of Higher Education on behalf of the University of Nevada, Las

20  Vegas and Christopher Heavey in his official capacity as current UNLV Interim

21  President, date for responses to Plaintiff's Second Amended Complaint shall be

22  extended to August 25, 2025.

23      **IT IS SO ORDERED**.

24      Dated  8-13-25.

25

26

27  _____
    UNITED STATES MAGISTRATE JUDGE

28

                                      3