Elda M. Sidhu (NV Bar No. 7799)
General Counsel
Email: elda.sidhu@unlv.edu
Andrew D. Smith (NV Bar No. 8890)
Email: andrew.d.smith@unlv.edu
**UNIVERSITY OF NEVADA, LAS VEGAS**
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for University of Nevada, Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>　　　　Defendants. | Case No.:  2:24-cv-00985-APG-MDC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS AND CHRISTOPHER HEAVEY, IN HIS OFFICIAL CAPACITY AS CURRENT UNLV INTERIM PRESIDENT, TO FILE RESPONSIVE PLEADING**<br><br>(FOURTH REQUEST) |

*/ / /*

*/ / /*

*/ / /*

1  **WHEREAS,** on June 3, 2025, Plaintiff filed his Second Amended Complaint.
2  ECF 79.
3  **WHEREAS**, on June 20, 2025, the Court granted a Stipulation to Extend the
4  Deadline for Defendants AJP Educational Foundation, Inc., Students for Justice in
5  Palestine - UNLV, and State of Nevada ex rel. Board of Regents of the Nevada System
6  of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher
7  Heavey in his official capacity as current UNLV Interim President, to file a
8  Responsive Pleading to the Second Amended Complaint to July 25, 2025.  ECF 85.
9  **WHEREAS**, Plaintiff and Defendants State of Nevada ex rel. Board of Regents
10 of the Nevada System of Higher Education on behalf of the University of Nevada, Las
11 Vegas ("UNLV") and Christopher Heavey in his official capacity as current UNLV
12 Interim President ("Heavey"), agreed to an extension to August 11, 2025 for said
13 Defendants UNLV and Heavey, to file a responsive pleading to Plaintiff's Second
14 Amended Complaint.  ECF 90.
15 **WHEREAS**, Plaintiff and Defendants State of Nevada ex rel. Board of Regents
16 of the Nevada System of Higher Education on behalf of the University of Nevada, Las
17 Vegas ("UNLV") and Christopher Heavey in his official capacity as current UNLV
18 Interim President ("Heavey"), agreed to an extension to August 25, 2025 for said
19 Defendants UNLV and Heavey, to file a responsive pleading to Plaintiff's Second
20 Amended Complaint.  ECF 98.
21 It is hereby stipulated between undersigned counsel for Plaintiff and counsel for
22 UNLV and Heavey, that the date for Defendants' responses to Plaintiff's Second
23 Amended Complaint shall be extended to Tuesday, September 2, 2025.
24 This is the fourth request for an extension of the deadline related to the
25 responses to the Second Amended Complaint.
26 / / /
27 / / /
28

Good cause exists to extend these deadlines, as the parties are attempting to resolve the issues and the case, and it could potentially obviate the need for a responsive pleading.

Dated: August 25, 2025.

Respectfully submitted,

/s/ Andrew D. Smith
Elda M. Sidhu (NV Bar No. 7799)
Andrew D. Smith (NV Bar No. 8890)
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
*Attorneys for University of Nevada, Las Vegas and Christopher Heavey*

/s/ Rober Z. DeMarco
David Z. Chesnoff, Esq.
Nevada Bar No. 2292
Richard A. Schonfeld, Esq.
Nevada Bar No. 6815
Robert Z. DeMarco, Esq.
Nevada Bar No. 12359
CHESSNOFF & SCHONFELD
*Attorneys for Plaintiff*

## ORDER

**IT IS THEREFORE ORDERED**, with good cause appearing, that the Parties' Stipulation above is granted and Defendants State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher Heavey in his official capacity as current UNLV Interim President, date for responses to Plaintiff's Second Amended Complaint shall be extended to September 1, 2025.

**IT IS SO ORDERED**.

Dated this 27th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3