Elda M. Sidhu (NV Bar No. 7799)
Vice President and General Counsel
Email: elda.sidhu@unlv.edu
Andrew D. Smith (NV Bar No. 8890)
Email: andrew.d.smith@unlv.edu
**UNIVERSITY OF NEVADA, LAS VEGAS**
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants UNLV and Heavey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; CHRISTOPHER HEAVEY, in his official capacity as current UNLV Interim President; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>　　　　　Defendants. | Case No.:  2:24-cv-00985-APG-MDC<br><br>**STIPULATION AND PROPOSED ORDER FOR SETTLEMENT CONFERENCE** |

　　　　Plaintiff Corey Gerwaski and Defendants, the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("UNLV") and Christopher Heavey, by and through their respective counsel of record, hereby stipulate and agree that this dispute between them should be set for a settlement conference pursuant to Local Rule 16-5, and

1

respectfully request that this Court accordingly refer this matter for a settlement conference before a magistrate judge.

Respectfully submitted this 5th day of December, 2025.

*/s/ Andrew D. Smith*
Elda M. Sidhu (NV Bar No. 7799)
Andrew D. Smith (NV Bar No. 8890)
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Tel: (702) 895-5185
elda.sidhu@unlv.edu
andrew.d.smith@unlv.edu
*Attorneys for University of Nevada, Las Vegas and Christopher Heavey*

*/s/ David Z. Chesnoff*
David Z. Chesnoff, Esq. (NV Bar No. 2292)
Richard A. Schonfeld, Esq. (NV Bar No. 6815)
Robert Z. DeMarco, Esq. (NV Bar No. 12359)
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
rdemarco@cslawoffice.net
*Attorneys for Plaintiff*

## ORDER

**IT IS ORDERED that Plaintiff and Defendant UNLV attend a settlement conference pursuant to LR 16-5.**

_____
UNITED STATES MAGISTRATE JUDGE

2