Elda M. Sidhu (NV Bar No. 7799)
Vice President and General Counsel
Email: elda.sidhu@unlv.edu
Andrew D. Smith (NV Bar No. 8890)
Assistant General Counsel
Email: andrew.d.smith@unlv.edu
**UNIVERSITY OF NEVADA, LAS VEGAS**
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants UNLV and Heavey*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COREY GERWASKI,

          Plaintiff,

v.

STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; CHRISTOPHER HEAVEY, in his official capacity as current UNLV Interim President; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,

          Defendants.

Case No.:  2:24-cv-00985-APG-MDC

**JOINT MOTION AND PROPOSED ORDER TO FILE AMENDED STIPULATION FOR SETTLEMENT CONFERENCE UNDER SEAL**

Plaintiff Corey Gerwaski, Defendants the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas and Christopher Heavey (collectively, "UNLV"), and Defendant Students for Justice for Palestine – UNLV ("SJP"), by and through their respective

1

counsel of record, hereby jointly move pursuant to LR IA 10-5 that the *Amended Stipulation for Settlement Conference* should be filed under seal, as the Court's minute order [Doc. #120] requests statements and summaries of dispute-resolution communications and dispute-resolution positions, both of which are confidential pursuant to Local Rule 16-5.

Respectfully submitted this 12th day of January, 2026.

*/s/Andrew D. Smith*
Elda M. Sidhu (NV Bar No. 7799)
Andrew D. Smith (NV Bar No. 8890)
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Tel: (702) 895-5185
elda.sidhu@unlv.edu
andrew.d.smith@unlv.edu
*Attorneys for University of Nevada, Las Vegas and Christopher Heavey*

*/s/Robert Z. DeMarco*
David Z. Chesnoff, Esq. (NV Bar No. 2292)
Richard A. Schonfeld, Esq. (NV Bar No. 6815)
Robert Z. DeMarco, Esq. (NV Bar No. 12359)
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
rdemarco@cslawoffice.net
*Attorneys for Plaintiff*

*/s/Christopher M. Peterson*
Christopher M. Peterson (NV Bar No. 13932)
Jacob. T. S. Valentine (NV Bar No. 16324)
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
4362 W. Cheyenne Ave.
North Las Vegas, Nevada 89032
Tel: (702) 366-1902
peterson@aclunv.org
jsmith@aclunv.org
*Attorneys for Students for Justice in Palestine, UNLV*

*Gerwaski v. State of Nevada, et.al.*
*Case No. 24-00985-APG-MDC*
*Joint Motion and Proposed Order to File Amended Stipulation*
*for Settlement Conference Under Seal*

## ORDER

**IT IS THEREFORE ORDERED** that that the *Amended Stipulation for Settlement Conference* should be filed under seal. The parties' request to seal does not relate to a dispositive matter or the merits, but in connection with a pretrial settlement conference.  Thus, for good cause shown, the parties' stipulation to seal is GRANTED.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

1-15-26

3

**Certificate of Service**

I certify that, on the 12th day of January, 2026, I electronically filed a copy of the foregoing *Joint Motion and Proposed Order to File Amended Stipulation for Settlement Conference Under Seal* using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for service in the case.

Dated January 12, 2026.


/s/   Sheena M. Imes
An employee of the Office of General Counsel
University of Nevada, Las Vegas