Elda M. Sidhu (NV Bar No. 7799)
Vice President and General Counsel
Email: elda.sidhu@unlv.edu
Andrew D. Smith (NV Bar No. 8890)
Email: andrew.d.smith@unlv.edu
**UNIVERSITY OF NEVADA, LAS VEGAS**
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants UNLV and Heavey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; CHRISTOPHER HEAVEY, in his official capacity as current UNLV Interim President; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>                    Defendants. | Case No.:  2:24-cv-00985-APG-MDC<br><br>**JOINT MOTION TO EXTEND TIME TO SUBMIT AMENDED STIPULATION FOR SETTLEMENT CONFERENCE** |

Plaintiff Corey Gerwaski and Defendants, the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("UNLV") and Christopher Heavey, by and through their respective counsel of record, jointly move to extend the deadline to submit an amended stipulation for a judicial settlement conference in this matter. They

1

respectfully request that the deadline be extended by one week, until Monday, January 12, 2026.

Plaintiff and Defendants UNLV and Heavey submitted a stipulation and proposed order for a settlement conference on December 5, 2025 (ECF #119). On December 9, 2025, the Court entered a minute order denying the stipulation without prejudice and requesting that they re-submit the stipulation with (1) a summary of the parties' settlement negotiations; (2) a summary of the most recent settlement proposals exchanged and the reasons why they were not accepted; and (3) an explanation of why not all parties are included in the stipulation (ECF #120). The parties were ordered to submit an amended stipulation by January 5, 2026.

A short extension is requested for two reasons. Plaintiff's counsel has been in communication with the other defendants to discuss their interest in attending. Furthermore, counsel for UNLV needs additional time to obtain necessary approvals for the content of the amended stipulation. Accordingly, a short extension is respectfully requested to finalize and resubmit the stipulation.

Respectfully submitted this 5th day of January, 2026.

| /s/Andrew D. Smith | /s/Robert Z. DeMarco |
|---|---|
| Elda M. Sidhu (NV Bar No. 7799) | David Z. Chesnoff, Esq. (NV Bar No. 2292) |
| Andrew D. Smith (NV Bar No. 8890) | Richard A. Schonfeld, Esq. (NV Bar No. 6815) |
| UNIVERSITY OF NEVADA, LAS VEGAS | Robert Z. DeMarco, Esq. (NV Bar No. 12359) |
| 4505 S. Maryland Parkway, Box 451085 | CHESNOFF & SCHONFELD |
| Las Vegas, Nevada 89154-1085 | 520 South Fourth Street |
| Tel: (702) 895-5185 | Las Vegas, Nevada 89101 |
| elda.sidhu@unlv.edu | Tel: (702) 384-5563 |
| andrew.d.smith@unlv.edu | dzchesnoff@cslawoffice.net |
| *Attorneys for University of Nevada, Las Vegas and Christopher Heavey* | rschonfeld@cslawoffice.net |
| | rdemarco@cslawoffice.net |
| | *Attorneys for Plaintiff* |

**Certificate of Service**

I certify that, on the 5th day of January, 2026, I electronically filed a copy of the foregoing *Joint Motion to Extend Time to Submit Amended Stipulation for Settlement Conference* using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for service in the case.

Dated January 5, 2026.

/s/ Sheena M. Imes
An employee of the Office of General Counsel
University of Nevada, Las Vegas

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 1-20-26

3