DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
rdemarco@sclawoffice.net
Attorneys for Plaintiff, *COREY GERWASKI*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; CHRISTOPHER HEAVEY, in his official capacity as current UNLV Interim President; AJP EDUCATIONAL FOUNDATION INC., A California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; DOES I-XX and ROE entities I-XX.<br><br>   Defendants. | Case No.: 2:24-cv-00985<br><br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS AJP EDUCATIONAL FOUNDATION INC. AND TO WITHDRAW DR. HATEM BAZIAN'S MOTION TO QUASH OR STRIKE IMPROPER SERVICE |

1

**COMES NOW**, Plaintiff, Corey Gerwaski, by and through his undersigned counsel, Defendant AJP Educational Foundation, Inc. by and through its undersigned counsel, and Dr. Hatem Bazian by and through his undersigned counsel, and hereby stipulate and agree as follows:

**WHEREAS**, Defendant AJP Educational Foundation, Inc., previously filed its Motion for Attorney's Fees and Costs (ECF 75) related to its anti-SLAPP motion that was previously granted (ECF 71);

**WHEREAS**, Plaintiff previously filed his Second Amended Complaint (ECF 79);

**WHEREAS**, Defendant AJP Educational Foundation, Inc. previously filed its Motion for Sanctions under FRCP 11 related to Plaintiff's Second Amended Complaint (ECF 93), and Motions to Dismiss Plaintiff's Second Amended Complaint (ECF 95 and 97), and Plaintiff filed his Opposition and Countermotion for Sanctions against Defendant AJP Educational Foundation, Inc. (ECF 102);

**WHEREAS**, Dr. Hatem Bazian previously filed his Motion to Quash or Strike Improper Service (ECF 56) regarding service on him as alleged agent of Defendant National Students for Justice of Palestine.  Plaintiff previously filed his Opposition after Reconsideration was granted by the Court.  (ECF 63 and 86).  To date, Defendant National Students for Justice of Palestine has not appeared in this action, as the service on Dr. Bazian was disputed.

**IT IS HEREBY STIPULATED AND AGREED** that pursuant to FRCP 41(a)(1)(A), and for settlement purposes only, Plaintiff agrees to dismiss all claims asserted in this action as set forth in his Second Amended Complaint (ECF 79) against Defendant AJP Educational Foundation, Inc. ONLY with prejudice  as stated herein, with Defendant AJP Educational Foundation, Inc., and Plaintiff bearing its own attorneys' fees and costs, unless otherwise agreed between said parties in a separate written agreement.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant AJP Educational Foundation, Inc., agrees to withdraw with prejudice its Motion for Attorney's Fees and Costs (ECF 75), Motion for Sanctions under FRCP 11 (ECF 93), and Motions to Dismiss (ECF 95 and 97).  Furthermore, Plaintiff agrees to withdraw his Opposition and Countermotion for Sanctions against Defendant AJP Educational Foundation, Inc. (ECF 102).

**IT IS FURTHER STIPULATED AND AGREED** that Dr. Hatem Bazian's Motion to Quash or Strike Improper Service (ECF 56) is withdrawn with prejudice.  Plaintiff also agrees to withdraw his claim of service on Dr. Hatem Bazian as agent of Defendant National Students for Justice of Palestine and Defendant National Students for Justice of Palestine has not otherwise appeared in this action.  Plaintiff and Hatem Bazian dispute whether Dr. Hatem Bazian could be properly served as an alleged agent on behalf of National Students for Justice of Palestine, but agree Dr. Bazian is not a party to this lawsuit.  Furthermore, in light of this stipulation, Dr. Bazian's Motion to Quash or Strike Improper Service (ECF 56) is moot.

///

///

3

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation is expressly subject to and contingent upon acceptance and approval by the Court of each of and all of its provisions simultaneously. In the event the Court declines to substantively approve this Stipulation in its totality, this Stipulation shall be null and void and shall not constitute a waiver, admission, or evidence against any party.

Dated: April 1, 2026                                          Dated: April 1, 2026

/s/ Robert Z. DeMarco                          /s/ Margaret A. McLetchie
David Z. Chesnoff, Esq.                          Margaret A. McLetchie (NV Bar No. 10931)
Nevada Bar No. 2292                              Email: maggie@nvlitigation.com
Richard A. Schonfeld, Esq.                      Leo S. Wolpert (NV Bar No. 12658)
Nevada Bar No. 6815                              Email: leo@nvlitigation.com
Robert Z. DeMarco, Esq.                          McLetchie Law
Nevada Bar No. 12359                            602 S. 10th St.
CHESNOFF & SCHONFELD                    Las Vegas, NV 89101
Attorneys for Plaintiff                              Telephone: 702-728-5300
                                                               Local Counsel for Defendant AJP Educational
                                                               Foundation, Inc. and Dr. Hatem Bazian

                                                               Dated: April 2, 2026

                                                               /s/ Christina A. Jump
                                                               Christina A. Jump (admitted pro hac vice)
                                                               Email: Cjump@jump-start-legal.com
                                                               Jump Start Legal Justice Center
                                                               100 N. Central Expwy, Suite 527
                                                               Richardson, TX 75080
                                                               Christina A. Jump (admitted pro hac vice)
                                                               Email: Cjump@jump-start-legal.com

                                                               Samira Elhosary (admitted pro hac vice)
                                                               Email: selhosary@clcma.org
                                                               Constitutional Law Center for Muslims
                                                               in America*
                                                               100 N. Central Expy, Suite 1010
                                                               Richardson, Texas 75080

                                                               Counsel for Counsel for Defendant AJP
                                                               Educational Foundation, Inc. and Dr. Hatem
                                                               Bazian

4

**ORDER**

**IT IS THEREFORE ORDERED,** with good cause appearing, that the Parties' Stipulation above is granted and pursuant to FRCP 41(a)(1)(A), Plaintiff agrees to dismiss all claims asserted in this action as set forth in his Second Amended Complaint (ECF 79) against Defendant AJP Educational Foundation, Inc. ONLY except as stated herein except as stated herein with prejudice, with Defendant AJP Educational Foundation, Inc., and Plaintiff bearing its own attorneys' fees and costs, unless otherwise agreed between said parties in a separate written agreement.

**IT IS FURTHER ORDERED** that Defendant AJP Educational Foundation, Inc.'s Motion for Attorney's Fees and Costs (ECF 75), Motion for Sanctions under FRCP 11 (ECF 93), and Motions to Dismiss (ECF 95 and 97) are deemed withdrawn with prejudice.  Furthermore, Plaintiff's Opposition and Countermotion for Sanctions against Defendant AJP Educational Foundation, Inc. (ECF 102) is withdrawn with prejudice.

///

**IT IS FURTHER ORDERED** that Dr. Hatem Bazian's Motion to Quash or Strike Improper Service (ECF 56) is deemed withdrawn with prejudice.  Plaintiff also agrees to withdraw his claim of service on Dr. Hatem Bazian as agent of Defendant National Students for Justice of Palestine and Defendant National Students for Justice of Palestine has not otherwise appeared in this action. Plaintiff and Hatem Bazian dispute whether Dr. Hatem Bazian could be properly served as an alleged agent on behalf of National Students for Justice of Palestine, but agree Dr. Bazian is not a party to this lawsuit.  Furthermore, in light of this stipulation, Dr. Bazian's Motion to Quash or Strike Improper Service (ECF 56) is deemed moot.

**IT IS SO ORDERED**.

Dated this _____ day of _____ 2026.


_____
UNITED STATES DISTRICT JUDGE


Submitted by:


/s/ Robert Z. DeMarco
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
rdemarco@sclawoffice.net
Attorneys for Plaintiff, COREY GERWASKI