CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
AMERICAN CIVIL LIBERTIES
UNION OF NEVADA
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: peterson@aclunv.org

*Attorney for Defendant Students for Justice in Palestine, UNLV*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>Defendants. | Case No.: 2:24-cv-00985-APG-MDC<br><br>**DEFENDANT STUDENTS FOR JUSTICE IN PALESTINE MOTION TO WITHDRAW COUNSEL JACOB T. S. VALENTINE** |

Plaintiff SJP UNLV, through counsel, moves to withdraw Jacob T. S. Valentine as counsel pursuant to LR IA 11-6. He has transitioned to a new law firm and is no longer employed as a staff attorney at the ACLU of Nevada. The ACLU of Nevada requests that the email addresses of jsmith@aclunv.org and jvalentine@aclunv.org be removed from the E-filing list. Additionally, the undersigned request that the Clerk remove Mr. Valentine's name as counsel for Defendant.

Appellant's counsel otherwise remains unchanged and the ACLU of Nevada continues to represent Defendant in this matter.

Dated July 7, 2026.

                                      **AMERICAN CIVIL LIBERTIES UNION OF NEVADA**

                                      */s/ Christopher Peterson*
                                      Christopher M. Peterson (NV Bar: 13932)
                                      4362 W. Cheyenne Ave.
                                      North Las Vegas, NV 89032
                                      Telephone: (702) 366-1226
                                      Email: peterson@aclunv.org
                                      *Attorney for Defendant*


                                      **It is so ordered.**

                                      _____
                                      Magistrate Judge

                                      7-8-26
                                      _____
                                      Date