CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
AMERICAN CIVIL LIBERTIES
UNION OF NEVADA
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: peterson@aclunv.org

*Attorney for Defendant Students for Justice in Palestine, UNLV*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; KEITH WHITFIELD, individually; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>Defendants. | Case No.: 2:24-cv-00985-APG-MDC<br><br>**DEFENDANT STUDENTS FOR JUSTICE IN PALESTINE MOTION TO STRIKE NOTICE OF DISASSOCIATION OF ATTORNEY JACOB T.S. VALENTINE (ECF No. 132)** |

Plaintiff SJP UNLV, through counsel, move to strike the Notice of Disassociation of Attorney Jacob T.S. Valentine (ECF No. 132) as the Notice does not conform with this Court's rules in regards to disassociation and withdrawal. Plaintiffs have subsequently filed a motion to withdraw that conforms with this Court's rules.

Dated July 7, 2026.

**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**

*/s/ Christopher Peterson*
Christopher M. Peterson (NV Bar: 13932)
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Email: peterson@aclunv.org
*Attorney for Defendant*

IT IS SO ORDERED. The Motion to Strike (ECF No. 134) is GRANTED.

The Clerk of Court is DIRECTED to strike the Notice at ECF No. 132.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 7/8/26