Elda M. Sidhu (NV Bar No. 7799)
Vice President and General Counsel
Email: elda.sidhu@unlv.edu
Andrew D. Smith (NV Bar No. 8890)
Email: andrew.d.smith@unlv.edu
Rebekah Rini (NV Bar No. 10855)
Email: rebekah.rini@unlv.edu
**UNIVERSITY OF NEVADA, LAS VEGAS**
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants UNLV and Heavey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY GERWASKI,<br><br>            Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; CHRISTOPHER HEAVEY, in his official capacity as current UNLV Interim President; AJP EDUCATIONAL FOUNDATION INC., a California Non-Profit Corporation; STUDENTS FOR JUSTICE OF PALESTINE-UNLV; NATIONAL STUDENTS FOR JUSTICE OF PALESTINE; NEVADANS FOR PALESTINIAN LIBERATION; DOES I-XX and ROE entities I-XX,<br><br>            Defendants. | Case No.: 2:24-cv-00985-APG-MDC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** |

Andrew D. Smith, Esq., hereby files this Motion to Remove Counsel from Electronic Service List and Request for Discontinuation of Notice.

1

Andrew D. Smith, Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, represented Defendants the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Christopher Heavey in this matter. It is no longer necessary that Andrew D. Smith, Esq., receive electronic notice in this matter. Elda M. Sidhu, General Counsel, and Rebekah Rini, Assistant General Counsel, continue to represent the Defendants and should continue to receive notice and remain on the electronic notice list.

Therefore, Andrew D. Smith, Esq., requests discontinuation of notice in these proceedings and that he be removed from the electronic service list in this matter.

July 24, 2026

/s/  Andrew D. Smith

Elda M. Sidhu (NV Bar No. 7799)
Andrew D. Smith (NV Bar. 8890)
Rebekah Rini (NV Bar No. 10855)
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendants UNLV and Heavey*

**IT IS SO ORDERED.**

_____
**Magistrate Judge**

2

**<u>Certificate of Service</u>**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court to be served by the Court's electronic filing system on all counsel of record.

Dated July 24, 2026.

/s/   Sheena M. Imes
An employee of the Office of General Counsel
University of Nevada, Las Vegas