# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COREY GERWASKI, | Case No.: 2:24-cv-00985-APG-MDC |
| Plaintiff | **Order Denying Motions Without Prejudice** |
| v. | [ECF Nos. 76, 94, 96, 109, 113] |
| STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, et al., | |
| Defendants | |

In light of the parties' ongoing settlement discussions (ECF No. 139),

I ORDER that the pending motions among the remaining parties **(ECF Nos. 76, 94, 96, 109, 113) are DENIED** without prejudice to refile them if a settlement does not finalize.

DATED this 29th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE